RECEIVED
OCT 3 1 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID & SHERI ELTER, LLC | *CIVIL ACTION NO. 6:16-1036 |
| VERSUS | *JUDGE DOHERTY |
| STEWART TITLE GUARANTY CO. | *MAGISTRATE JUDGE HANNA |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation;

**IT IS ORDERED** that the Motion to Remand [rec. doc. 8] is **GRANTED**. This lawsuit is remanded to the Louisiana Fifteenth Judicial District Court for Lafayette Parish, Louisiana.

**IT IS FURTHER ORDERED** that plaintiff's request for costs, expenses and attorney's fees is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 31 day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE